MARY McGOUGH, as Administratrix, etc., Respondent, *v.*
THOMAS R. SHARP, as Receiver, etc., Appellant.

(Argued March 4, 1884 ; decided March 18, 1884.)

*Edward E. Sprague* for appellant.

*Samuel D. Morris* for respondent.

Agree to affirm ; no opinion.
All concur, except RUGER, Ch. J., EARL and RAPALLO, JJ.,
who dissent on the ground that the report of the common
council committee was improperly received in evidence.
Judgment affirmed.

---

CHARLES G. PETERS, Survivor, etc., Respondent, *v.* LEWIS
EDWARDS, Appellant.

(Argued March 6, 1884 ; decided March 18, 1884.)

*E. B. Hinsdale* for appellant.

*G. L. Rives* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.